JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. BONTRAGER, ET AL., ) | CASE NO. CV 09-02657-MMM(AGRx) |
| Plaintiffs, ) | |
| ) | ORDER DISMISSING CIVIL ACTION |
| vs. ) | |
| ALLIED INTERSTATE, INC., ) | |
| Defendants. ) | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: August 13, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE